G. H. CRANDALL COMPANY, Plaintiff, v. W. JOSEPH SHANLEY and Another, Appellants; DAVID W. SEARS, Respondent; WILLIAM C. DE VOE and Others, Defendants.— Appeal by the defendants, appellants, from an order of Albany County Special Term, entered in the office of the clerk of Rensselaer county, granting the motion made by the defendant, respondent, Sears, to open his default in pleading and to be permitted to serve pleadings. The action was commenced about April 4, 1933, by plaintiff for the foreclosure of a certain mechanic's lien against the premises of the appellants Shanley. The respondent Sears had a contract with the owners for the erection of a building on the premises. The appellants interposed an answer and served a copy thereof upon the respondent on May 31, 1933. The respondent made no effort to serve any pleading until January 9, 1935, when he obtained an order to show cause why his default should not be opened and he should not be permitted to serve pleadings herein. Upon the return of said order to show cause the order herein appealed from was granted, upon condition that respondent pay to the attorney for appellants twenty-five dollars as costs of the motion, and file a bond conditioned for the payment of any judgment for costs that may hereafter be awarded herein against the respondent and in favor of the appellants. It was conceded upon the argument of this appeal that no delay has been caused in the prosecution of the action by said motion and order. Order unanimously affirmed without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EASTERN BUILDING CORPORATION, Appellant, v. THOMAS M. LYNCH and Others, as and Composing the State Tax Commission, Respondents.— Review by certiorari of a final determination of the State Tax Commission affirming an annual franchise tax assessed against the relator under section 182 of the Tax Law for the year beginning January 1, 1929, measured by dividends declared upon capital stock during the year 1928. The relator, a domestic real estate corporation, during the year 1928 declared and distributed on its common stock a dividend in the form of preferred stock. This stock dividend was paid from a surplus resulting from an appreciation in the value of relator's real property as reflected in an appraisal thereof. The Tax Commission included this stock dividend in the dividends paid by the corporation during the year 1928 for the purpose of measuring the tax upon the capital stock. The statute imposed a tax upon the capital stock in this instance to be measured by " the dividends made or declared on the par value of any kind of capital stock." (Tax Law, § 182, as amd. by Laws of 1927, chap. 478.) Determination unanimously confirmed, with fifty dollars costs and disbursements. (*People ex rel. Wedgewood R. Co.* v. *Lynch*, 262 N. Y. 202; motion to amend remittitur denied, Id. 644; motion for reargument denied, 263 id. 669.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.